PATILLA VS THE GOVERNOR.

*Of proceedings against delinquent tax collectors.*

1. The several County Courts of this State, have no juris-
diction, whatever, of the offence created in the twelfth sec-
tion of the act of 1821,* providing a penalty where a tax
collector makes a false return of taxable property, with a
view to defraud the county or State.

On a writ of error to the County Court of Jack-
son county.

The proceedings upon which this case were
founded, originated on the relation of ˙ Carter, the
treasurer of Jackson county, who, on the seventh
day of July, in the year of our Lord, eighteen hun-
dred and thirty-six, filed a notice to Patilla, and
his sureties, as the tax collector of said county,
shewing that at a special term of the County Court
of said county, a motion would be submitted upon
the bond of said Patilla, as tax collector, for sup-
pressing and making false return of taxes, for the
year eighteen hundred and thirty-five, for the pe-
nalty, &c.

This notice being executed, Patilla appeared
and plead not guilty; and after full argument,
the Court rendered judgment against the tax col-
lector.   A bill of exceptions was taken, which set
out the evidence, &c. upon which the Court acted,

*Aikin's Digest 417.  §46.

and upon which defendant prosecuted a writ of error.

*Ellis & Peck* for the plaintiff in error—*M'Clung* and *Robinson*, contra.

GOLDTHWAITE, J.—The proceedings in this case are too erroneous to be attempted to be supported.

The case seems to have originated under a mistaken impression, that the County Court had jursidiction of the offence specified in the forty-sixth section of title taxes.*     *Aik. Dig. 417.

This section provides—"if any assessor or tax collector, shall make any false return of any list of taxable property, with a view to defraud the State or county of the revenue, he shall forfeit and pay double the amount of the sum, which it was his duty to have returned; and shall moreover be liable to a prosecution for fraud, and on conviction thereof, shall be imprisoned, not less than three months, by the verdict of a jury, and shall be, ever thereafter, incaple of holding any office of profit, honor or trust, within this State-"

We deem it sufficient to say, that no part of this act, gives to the County Court, jurisdiction of any offence committed in contravention of it.

This in no way resembles a prosecution by motion, under the seventy-sixth section of the same title;† by virtue of which the County Court has jurisdiction to entertain a motion against a delinquent tax collector and his sureties, *for failing to*     †Aik. Dig. 423.

5 P.    30

*collect and pay over, the county tax, within the time
prescribed by law.*

The judgment of the Court below, is reversed.